| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Averitte, Clinton E. | USDC ND TX, Amarillo Division | 12/06/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Magistrate Judge -- Full-Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

United States District Court, 205 S. E. 5th Avenue, Box 13246, Amarillo, TX 79101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President | Boy Scouts of America - Golden Spread Council |
| 2. | Executor | Estate #2 |
| 3. | Manager | Averitte Farms LLC |
| 4. | Manager | Averitte Minerals LLC |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/18/14 | Averitte Farms, LLC - Immediate family members (siblings). |
| 2. 12/18/14 | Averitte Minerals, LLC - Immediate family members (siblings) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 12/06/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 12/06/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House #2, Lubbock County, TX | | None | M | W | Sold | 11/07/16 | M | F | Joe and Tina Dalton |
| 2. Farm #1, Randall Co., TX | | None | | | Merged (with line 29) | 01/20/16 | L | | Averitte Farms, LLC |
| 3. Mineral Int.-Randall County Farm #1 (See #2 above) | | None | | | Merged (with line 30) | 01/20/16 | J | | Averitte Minerals LLC |
| 4. Farm #1, Hill Co., TX | | None | | | Merged (with line 29) | 01/20/16 | L | | Averitte Farms, LLC |
| 5. Mineral Int.-Hill County Farm #1 (See #4 above) | | None | | | Merged (with line 30) | 01/20/16 | J | | Averitte Minerals, LLC |
| 6. Farm #1, Reeves Co., TX | | None | | | Merged (with line 29) | 01/20/16 | J | | Averitte Farms, LLC |
| 7. Mineral Int.-Reeves Co., Farm #1 (See #6 above) | | None | | | Merged (with line 30) | 01/20/16 | L | | Averitte Minerals, LLC |
| 8. Farm #2, Hill Co., TX | | None | | | Merged (with line 29) | 01/20/16 | L | | Averitte Farms, LLC |
| 9. Mineral Int.-Hill County Farm #2 (See #8 above) | | None | | | Merged (with line 30) | 01/20/16 | J | | Averitte Minerals, LLC |
| 10. Lot, Hillsboro, TX | | None | | | Merged (with line 29) | 01/20/16 | J | | Averitte Farms, LLC |
| 11. Land, Whitney, Hill County, TX | | None | | | Merged (with line 29) | 01/20/16 | J | | Averitte Farms, LLC |
| 12. Minerals, Whitney, Hill Co., TX (See #11 above) | | None | | | Merged (with line 30) | 01/20/16 | J | | Averitte Minerals, LLC |
| 13. Minteral Int.-no surface, Hill County, TX | | None | | | Merged (with line 30) | 01/20/16 | J | | Averitte Minerals, LLC |
| 14. LPL Financial, American Funds Invest. Co. of America | B | Dividend | L | T | | | | | |
| 15. LPL Financial, American Funds Invest. Co. of America | B | Dividend | K | T | | | | | |
| 16. Amarillo National Bank-Amarillo, TX | A | Interest | O | T | | | | | |
| 17. Bank of America,-Amarillo, TX | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Amarillo Community Fed. Credit Union- Amarillo, TX | A | Interest | K | T | | | | | |
| 19. Farm #2, Randall Co., TX | B | Rent | M | W | | | | | |
| 20. Happy State Bank | A | Interest | M | T | | | | | |
| 21. Education Credit Union, Amarillo, TX | A | Interest | L | T | | | | | |
| 22. Mass Mutual Permanent Life | B | Dividend | L | T | | | | | |
| 23. New York Life Adjustable Insurance Policy | B | Dividend | K | T | | | | | |
| 24. Upton Co. Production | | Royalty | | | Merged (with line 30) | 01/20/16 | | | Averitte Minerals, LLC |
| 25. - (No. 24 Cont'd.) Pioneer Natl. Resources, USA, Inc. | | | | | Merged (with line 30) | 01/20/16 | | | Averitte Minerals, LLC |
| 26. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 27. Chase Bank | A | Interest | J | T | | | | | |
| 28. Riverbend Bank | A | Interest | M | T | | | | | |
| 29. Averitte Farms LLC (Shareholder) | B | | N | W | | | | | |
| 30. Averitte Minerals LLC (Shareholder) | D | | N | W | | | | | |
| 31. LPL Financial Rio Tinto PLC | A | Dividend | J | T | | | | | |
| 32. Annuity: Lincoln National Group | | | | | | | | | |
| 33. - AF Growth | | | | | Merged (with line 32) | 01/28/16 | J | | Annuity Lincoln Natl Group |
| 34. - Del US Growth | | | | | Merged (with line 32) | 01/28/16 | J | | Annuity Lincoln Natl Group |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - AF Growth-Inc | | | | | Merged (with line 32) | 01/28/16 | J | | Annuity Lincoln Natl Group |
| 36. Del Smid Cp Cir | | | | | Merged (with line 32) | 01/28/16 | J | | Annuity Lincoln Natl Group |
| 37. - LVIP Mon It Va | | | | | Merged (with line 32) | 01/28/16 | J | | Annuity Lincoln Natl Group |
| 38. Del High Yield | | | | | Merged (with line 32) | 01/28/16 | J | | Annuity Lincoln Natl Group |
| 39. - LVIP Del Bond | | | | | Merged (with line 32) | 01/28/16 | J | | Annuity Lincoln Natl Group |
| 40. LVIP Mny Mrkt | | | | | Merged (with line 32) | 01/28/16 | J | | Annuity Lincoln Natl Group |
| 41. - LVIP Delaware Bond | | | J | T | | | | | |
| 42. - LVIP SSgA Bond Index | | | J | T | | | | | |
| 43. LVIP MFS Value | | | J | T | | | | | |
| 44. LVIP Pimco Low Duration Bond | | | J | T | | | | | |
| 45. LVIP T Rowe Price Growth Stock | | | J | T | | | | | |
| 46. RBC Wealth Management Pioneer Natural Resources (X) | A | Dividend | K | T | | | | | |
| 47. RBC Wealth Management Mutual Fund Putnam (X) | A | Dividend | J | T | | | | | |
| 48. Estate #2: Amarillo National Bank | | None | | | Distributed | | K | | Clinton E. Averitte, et al |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 12/06/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

1. Estate #2 came into legal existence and was admitted to Probate on June 17, 2013 and was open during 2016.

2. All assets in Estate #2 (Item #41) were distributed to the beneficiaries during 2016.

3. Averitte Farms LLC and Averitte Minerals LLC are        corporations that are 100% owned by four persons,       .

4. Assets listed in lines 33-40 are assets that were held in the Lincoln National Annuity (Line 32) and which merged into other assets in that annuity (Items #41-45).

5. Assets listed in lines 41-45 are held in the Lincoln National Annuity, and income amounts of those assets are not available.

6. In response to the letter of November 7, 2017, from the committee, please be advised that the entries in Part VII, Lines 35, 37, 39, 40, and 42 of the 2015 Amended Report are holdings in the Lincoln National Group Annuity listed at Line 32 of that report. Those five funds (Lines 35, 37, 39, 40, 42) were inadvertently omitted from the 2016 Report and shaould have been included with items listed at Lines 33-40 and carried the Value Code J. All of the funds listed in the 2015 Amended Report for the Lincoln Annuity (Lines 33-45), were transferred in early 2016 into the funds listed in Lines 41-45 of Part VII of the 2016 Report, under the Lincoln National Group Annuity in that 2016 Report.
There was no distribution of any funds to me or anyone else out of the annuity as a result of the 1/28/16 transfers.
Instead, all funds remained in the Lincoln National Group Annuity.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Clinton E. Averitte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544